UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-29844 |
| Kimberly Temples, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO AUTHORIZE SALE UNDER 11 U.S.C. § 363 and SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of the Debtor,

It is hereby ORDERED that the motion is granted as follows:

1)  Debtor, Kimberly Temples, is permitted to sell the home located at 50 E. 16th St., Unit 1411, Chicago, IL 60616 (Permanent Index Number: 17-22-107-070-1176).

2)  U.S. National Bank National Association lien on Debtor's home will be paid in full at closing, pursuant to a valid and timely payoff statement obtained from the lender at or before closing.

3)  The closing of Debtor's home shall take place no later than thirty (30) days from the date of the entry of this order.

4)  Debtor is permitted to retain the first $15,000.00 as her homestead exemption.

5)  Debtor shall send the trustee a copy of the closing statement and the remaining proceeds (after the homestead exemption, fees, and commissions) to Trustee MO Marshall within seven days of closing. Any amount paid to the trustee must be applied to monthly plan payments.

6) Debtor's request to shorten notice is granted.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 16, 2021

**Prepared by:**

Alexander Preber, A.R.D.C. #6324520
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100